UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JASON WASHINGTON

            *Plaintiff,*

v.

COUNTY OF ERIE,
ERIE COUNTY SHERIFF TIMOTHY B. HOWARD,
ERIE COUNTY SHERIFF SERGEANT WILGUS,
ERIE COUNTY SHERIFF DEPUTY McKEE
(i/s/h/a DEPUTY McGEE),
ERIE COUNTY SHERIFF DEPUTY WALKER,
ERIE COUNTY SHERIFF'S DEPUTIES /
SERGEANTS / LIEUTENANTS / CORRECTIONS
OFFICERS JOHN AND JANE DOES,

            *Defendants.*

STIPULATION OF DISCONTINUANCE

C.A. No. 23-cv-00926

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is stipulated by all parties who have appeared in this matter that the foregoing action is hereby dismissed with prejudice. Each party shall pay their own costs.

Dated:    Buffalo, New York
           January 29, 2024

**PENBERTHY LAW GROUP, LLP**

/s/ Brittany L. Penberthy
Brittany Penberthy, Esq.
*Counsel for plaintiff*

**JEREMY C. TOTH**

s/ Erin E. Molisani
Erin E. Molisani, Esq.
*Counsel for defendants*

SO ORDERED

_____
JOHN L. SINATRA
District Court Judge